# *UNITED STATES DISTRICT COURT*
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**Kassi Tchankpa,**

    **Plaintiff,**

           **Case No.   2:16-cv-895**

    v.

**Ascena Retail Group, Inc.**         **Judge Sargus**
                                        **Magistrate Judge Vascura**

    **Defendant.**

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE OPINION AND ORDER** filed August 7, 2018, Defendant's Motion for Summary Judgment is Granted, and judgment is entered in favor of Defendant.

Date:  August 7, 2018

                                              **Richard W. Nagel, Clerk of Court**

                                              By:      s/ Donald A Fitzgerald III
                                                        Donald A Fitzgerald III, Deputy Clerk