# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Kassi Tchankpa, | : | Case No. 2:16-cv-00895-EAS-CMV |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus |
| | : | |
| vs. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| Ascena Retail Group, | : | |
| | : | |
| Defendant. | : | |

## PLAINTIFF KASSI TCHANKPA'S NOTICE OF APPEAL

Notice is hereby given that Kassi Tchankpa ("Tchankpa") Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals of the Sixth Circuit from an Order denying Plaintiff's Motion to Alter or Amend Judgment (Doc. #93), entered in this action on March 21, 2019, as it related to the District Court's Decision and Order (Doc. #84) granting partial summary judgment to Defendant.

Respectfully submitted,

DEWITT LAW, LLC

/s/ Michael W. DeWitt 4/3/19
Michael W. DeWitt (0066896)
4200 Regent Street
Suite 200
Columbus, Ohio 43219
(614) 398-2886
(614) 750-1379 (facsimile)
mdewitt@dewittlawco.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed electronically on April 3, 2019.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael W. DeWitt  4/3/2019
Michael W. DeWitt  (0066896)
